J. G. CROSLAND, *Appellant,* v. MAUDE E. BRICKELL; FRANK
CLARK AND WILLIAM B. BRICKELL AS EXECUTORS OF THE
ESTATE OF MARY BRICKELL, DECEASED, *Appellees.* (Case
No. 2).

Opinion Filed June 20, 1923.

This case was decided by Division B.

An Appeal from the Circuit Court for Dade County;
H. Pierre Branning, Judge.

*R. B. Gautier,* for Appellant;

*Frank Clark, Jr.,* and *John Stevens Maxwell,* for
Appellees.

PER CURIAM.—The appeal herein was taken from an in-
terlocutory order overruling a general demurrer to a bill
of complaint in an equity cause. Upon due consideration
it appears that the allegations of the bill state an equity
for appropriate relief if proper and sufficient proofs are
adduced in due course of procedure, therefore the inter-
locutory order appealed from is affirmed on the authority
of Crosland v. Brickell *et al.,* No. 1, 86 Fla. 91, 97 South.
Rep. 286, decided at this term.

Affirmed.

All concur.